**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| HV TECHNOLOGY HOLDINGS, LLC; RFS TECHNOLOGY, LLC; JAY VANIER; MARATHON TECHNOLOGY INVESTMENTS, LLC; MELANIE A. BRITEGAM LIVING TRUST; and JERRY CALLABRESI, <br><br> Plaintiffs, <br><br> v. <br><br> NAMON HAWTHORNE, <br><br> Defendant. | Case No. 17-cv-376-TCK-FHM |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)**

Plaintiffs HV Technology Holdings, LLC, RFS Technology, LLC, Jay Vanier, Marathon Technology Investments, LLC, Melanie A. Britegam Living Trust and Jerry Callabresi (collectively, "Plaintiffs") and Defendant Namon Hawthorne ("Defendant"), hereby submit this joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiffs and Defendant hereby stipulate to the dismissal of all claims and counterclaims in this action, with prejudice. Plaintiffs and Defendant stipulate that each party shall bear his or its own attorneys' fees and costs arising from or incurred in connection with this matter.

**IT IS SO STIPULATED.**

Respectfully submitted,

| | |
|---|---|
| *s/John F. Heil, III* | *s/Mark Murphey Henry* |
| John F. Heil, III, OBA #15904 | Mark Murphey Henry, OBA #20927 |
| Michael T. Keester, OBA #10869 | ROSE LAW FIRM |
| HALL, ESTILL, HARDWICK, GABLE, | P.O. Box 4800 |
| GOLDEN & NELSON, P.C. | Fayetteville, AR 72702 |
| 320 South Boston Avenue, Suite 200 Tulsa, | Telephone (479) 856-6017 |
| OK 74103-3706 | Facsimile (479) 695-1332 |
| Telephone (918) 594-0400 | Email mhenry@roselawfirm.com |
| Facsimile (918) 594-0505 | |
| jheil@hallestill.com mkeester@hallestill.com | And |
| **ATTORNEYS FOR PLAINTIFFS** | Stanley D. Monroe, OBA #6305 |
| | MONROE & KEELE, P.C. |
| | 15 W. 6th Street, Suite 2112 |
| | Tulsa, OK 74119 |
| | Telephone (918) 592-1144 |
| | Facsimile (918) 592-1149 |
| | Email stan@monroekeele.com |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing.

*s/John F. Heil, III*
John F. Heil, III

3476458.1:000527:00001